IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BOSS STAPLETON                                                                           PLAINTIFF

v.                                                                                              No. 4:09CV4-M-D

CHRISTOPHER EPPS, ET AL., ET AL.                                                 DEFENDANTS

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated March 9, 2009, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party.  The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court.  It is, therefore **ORDERED**:

1.That the Report and Recommendation of the United States Magistrate Judge dated March 9, 2009, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2.That the instant case is hereby **DISMISSED** with prejudice.

3.That this case is **CLOSED.**

THIS, the 29th day of June, 2009.

/s/ MICHAEL P. MILLS
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**